

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2015

No. 04-15-00436-CV

Bryan **SMITH** d/b/a Vision Design and Build,
Appellant

v.

Robert **OVERBY** and Teresa Overby,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-02799
Honorable Gloria Saldana, Judge Presiding

## O R D E R

The Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to January 13, 2016. **NO MORE EXTENSIONS OF TIME WILL BE ALLOWED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court